No. 305. DEL VALLE ET AL. *v.* HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION, AFL–CIO, ET AL. C. A. 1st Cir. Certiorari denied. *Ginoris Vizcarra* for petitioners. *J. W. Brown, Benjamin Gettler* and *Jonas B. Katz* for respondents.

No. 306. PENNSYLVANIA RAILROAD CO. *v.* CHICAGO EXPRESS, INC. C. A. 2d Cir. Certiorari denied. *Edward F. Butler* for petitioner. *Sydney Krause* for respondent.

No. 308. CHOURNOS ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioners *pro se*. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Richard S. Salzman* for the United States.

No. 310. ANDERSON, TRUSTEE IN BANKRUPTCY, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Harry N. Boureau* and *Herman Ulmer* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal, William E. Gwatkin III* and *Frederick B. Abramson* for the United States.

No. 332. GLADSTEIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Terry Milburn* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 336. KRUEGER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Merle L. Silverstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.